ACCEPTED
03-16-00196-CR
12583961
THIRD COURT OF APPEALS
AUSTIN, TEXAS
9/8/2016 10:11:37 AM
JEFFREY D. KYLE
CLERK

NO. 03-16-00196-CR

JEFF ELLIS NANNY                    IN THE

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS

V.                                  THIRD COURT OF APPEALS 9/8/2016 10:11:37 AM

JEFFREY D. KYLE
THE STATE OF TEXAS                  AUSTIN, TEXAS Clerk

## STATE'S MOTION FOR EXTENSION OF TIME TO FILE BRIEF

TO THE HONORABLE THIRD COURT OF APPEALS:

NOW COMES the State of Texas, Appellee in the above entitled and numbered cause and files this Motion for Extension of Time to File State's Brief, and in support thereof would show the Court the following:

I.

Appellant was found guilty by the Court of possession of a controlled substance, a state jail felony, and the Judge assessed punishment at 600 days confinement in the State Jail Division of the Texas Department of Criminal Justice on March 17, 2016.  Appellant filed Notice of Appeal on March 23, 2016.  Appellant's brief was filed on August 10, 2016.  The State's brief is currently due on September 9, 2016.

II.

The State has not requested an extension in this case prior to this request.

III.

The State requests this extension of time due to the following:  Counsel for the State has been involved in prosecution of cases including contested hearings, pretrial hearings, grand jury presentation, negotiations with opposing counsel, guilty pleas and other hearings in numerous additional pending felony cases.

WHEREFORE, The Attorney for the State requests an extension of time to October 11, 2016, in which to file State's Brief.

Respectfully submitted,

_____

Jason Ferguson
Assistant District Attorney
119th Judicial District
124 W. Beauregard, Suite B
San Angelo, TX  76903
(325) 659-6583
State Bar No. 24072092

SWORN TO AND SUBSCRIBED before me by the said Meagan White, this 8th day of September, A. D. 2016.



CHRISTINE GEORGE
Notary Public, State of Texas
My Commission Expires
June 28, 2016

_____

Notary Public
State of Texas

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Motion for Extension of Time to File Appellee's Brief was this 8th day of September, 2016, delivered to Tom Watson, Attorney for Appellant, through e-file.txcourts.gov.

_____

Jason Ferguson